COURT OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                     FORT
WORTH

NO.
2-08-144-CR                           

 

TYSON MONTRELL BANKS                                                               APPELLANT

 

                                                      V.

THE STATE OF TEXAS                                                                 STATE

                                                   ----------

         FROM CRIMINAL DISTRICT
COURT NO. 1 OF TARRANT COUNTY

                                                   ----------

                   MEMORANDUM OPINION[1]
AND JUDGMENT

                                                   ----------

We have considered appellant=s AMotion To
Dismiss Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See id.; Tex. R. App. P.
43.2(f).

PER CURIAM

 

PANEL:  CAYCE, C.J.; LIVINGSTON,
and DAUPHINOT, JJ.

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 








DELIVERED: October 9, 2008











[1]See Tex. R. App. P. 47.4.